IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02616-MSK-MEH

MOLLY ELVIG, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

NINTENDO OF AMERICA, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 12, 2009.**

    Plaintiff's Motion for Leave to File Amended Complaint and Add Party Plaintiffs [filed February 9, 2009; docket #24] is **denied as moot**. Plaintiff need not seek leave of Court pursuant to Fed. R. Civ. P. 15(a)(1)(A).