IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02616-MSK-MEH

MOLLY ELVIG, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

NINTENDO OF AMERICA, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 15, 2009.**

    Defendant's Unopposed Motion for Entry of Stipulated Protective Order [filed June 8, 2009; docket #45] is **granted**. The Stipulated Protective Order is accepted and entered contemporaneously with this minute order.