IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02616-MSK-MEH

MOLLY ELVIG, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

NINTENDO OF AMERICA, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2009.**

    Plaintiff's First Motion to Compel Disclosure [filed June 18, 2009; docket #52] is **denied** as duplicative of the motion filed at docket #53.