IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02616-MSK-MEH

MOLLY ELVIG, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

NINTENDO OF AMERICA, INC.,

    Defendant.

## ORDER DENYING AS MOOT MOTION TO DISMISS

THIS MATTER comes before the Court *sua sponte*.

Pending before the Court is Defendant's Motion to Dismiss **(#15)** regarding certain claims asserted in the original Complaint **(#1)** filed by Defendants Absolute Capital Management Holdings Limited, Absolute General Partner Limited, John A. Fleming, and Ronald E. Tompkins ("Defendants").  This motion was fully briefed including a response from Plaintiff **(#25)** and a reply by Defendant **(#27)**.  Plaintiff subsequently, however, filed an Amended Complaint **(#39)**. Accordingly, Defendant filed an another Motion to Dismiss **(#41)** regarding the claims asserted in the Amended Complaint.  Therefore, the first Motion to Dismiss **(#15)** is superseded by the second Motion to Dismiss **(#41)**.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss **(#15)** is **DENIED AS MOOT**.

Dated this 28th day of September, 2009

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge