IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02616-MSK-MEH

MOLLY ELVIG, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

NINTENDO OF AMERICA, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 30, 2009.**

    Defendant's Motion to Amend Scheduling Order [filed October 30, 2009; docket #83] is **granted in part and denied in part**. The Scheduling Order shall be amended as follows:

| | |
|---|---|
| Rebuttal expert witness disclosure: | December 30, 2009 |
| Discovery cutoff: | January 29, 2010 |
| Dispositive motions deadline: | February 26, 2010 |

All other deadlines and conference dates shall remain the same. No additional extensions of time shall be granted absent a showing of exceptional cause.