IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 08-cv-02616-MSK-MEH | FTR – Courtroom C203 |
| **Date:** March 18, 2010 | Cathy Coomes, Courtroom Deputy |
| | |
| MOLLY ELVIG, | Robert B. Kleinman |
| MICHAEL HAMILTON, and | Nathan J. Axvig |
| BRIAN KATZ, | |
| Plaintiffs, | |
| v. | |
| NINTENDO OF AMERICA, INC., | Leonard H. MacPhee |
| | Jess Alexander Dance |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:** 9:50 a.m.

The Court calls case. Appearances of counsel.

Discussion regarding the status of the case, jurisdictional issues, pending motions, and discovery issues regarding the Wii remotes tested.

**ORDERED:** As stated on the record, the Court enters the following rulings:

- Plaintiffs' Motion to Extend Discovery Cutoff for Exceptional Cause (Doc. #95, filed 3/9/10) is DENIED without prejudice.

- Plaintiffs' Motion to Compel Deposition by Written Questions of Tatsumi Kimishima (Doc. #89, filed 2/11/10) is DENIED without prejudice.

- A Status Conference is set for **April 14, 2010, at 9:30 a.m.** Mr. Kleinman may appear by telephone and is directed to call Chambers at (303)844-4507 at the designated time. At that conference counsel should be prepared to discuss how to proceed regarding setting a schedule for discovery or setting a briefing schedule for Plaintiff to request additional discovery.

- Defendant's request for attorneys' fees and costs associated with the response to Plaintiffs' Motion to Compel Deposition by Written Questions of Tatsumi Kimishima (#89) is DENIED without prejudice.

**Court in recess:** 10:16 a.m. (Hearing concluded)
Total time in court: 0:26