IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-02616-MSK-MEH | Date: May 20, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| MOLLY ELVIG, | Robert B. Kleinman |
| Plaintiff, | |
| vs. | |
| NINTENDO OF AMERICA, INC., | Jess Alexander Dance |
| | Leonard H. MacPhee |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 10:43 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendant's Motion for Protective Order (Doc. #114, filed 5/13/10).

**ORDERED:** Defendant's Motion for Protective Order (Doc. #114, filed 5/13/10) is GRANTED in part and DENIED in part as stated on the record. The topics for the Rule 30(b)(6) deposition are as follows: **1)** Wii units sold within the state of Colorado (and, if such information exists, the volume of units existing within Colorado); and **2)** knowledge of and response to complaints made by Colorado residents concerning the use of Wii units. The request for attorney's fees is also denied.

**Court in recess:** 11:24 a.m. (Hearing concluded)
**Total time in court:** 0:41